UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JAMES SHEVLIN,

                           Plaintiff,

    -against-

CR BARD INC et al.,

                       Defendants.
------------------------------------- x

ORDER

20 Civ. 6718 (GBD)

GEORGE B. DANIELS, United States District Judge:

The parties' request for a 90-day stay of the above-captioned action is GRANTED. The initial conference is adjourned from January 21, 2021 to April 28, 2021 at 9:30 am.

Dated: New York, New York
       October 19, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge